**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| TOPANGA JACKSON, an individual; CONNER WARD, an individual; MAUSA ZAMANI, an individual; DAVID STARK, an individual; ARTURO CONCHAS, an individual; ETHAN SHIN, an individual; DAMIAM ARTEAGA, an individual; LARRY SNIDER, an individual; WILLIAM MARKWOOD, an individual; CAMERON FORTUNE-MORTON, an individual; JOHN BAKER, an individual; CASEY HAROLD, an individual; HAYLEY KINGABY, an individual; ALEXIS PRADO, an individual; ADONIS FELIX, an individual; STEVEN WILLIAMSON, an individual; DALLAS HOVDE, an individual; CHANCE SMITH JR., an individual; LUPE RAMIREZ, an individual; JONATHAN MYERS, an individual; JOHN HUTTON, an individual; GILBERT GOMEZ, an individual; ALISSA CARREIRO, an individual; STACEY ELIAS, an individual; SARA GAVES, an individual; TEMPLE HUNG, an individual; SAVANNAH KOLB, an individual; STEVEN PEREZ, an individual; EVERETT SENA, an individual; IVY PETERSON, an individual; LUCY MUNTEANU, an individual; JASMINE PULLMAN, an individual; FELIPE AMAYA, an individual; SABRINA GORDON, an individual; ANNETTE ROMO, an individual; BRANDALYN KEKIC, an individual; RICHARD VASQUEZ, an individual; ENRIQUE DE LA RIVA, an | Case No. 8:22-cv-00428-CJC-DFM<br><br>Hon. Judge Cormac J. Carney<br><br>**ORDER GRANTING STIPULATION FOR ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE [21]**<br><br>Complaint Filed: January 19, 2022<br>Removal Filed: March 18, 2022 |

individual; CODY HANSEN, an individual; DEVIN REYES, an individual; JOHN VAZQUEZ, an individual; REINA PARTIDA, an individual; SEAN JOYNER, an individual; JAMES GODOY, an individual; GABRIELA BANUELOS, an individual; MIKE MAGDALENO, an individual; MARTIN HERNANDEZ, an individual; CLAUDIA ESQUIVEL, an individual; NATHAN BALLENGER, an individual; DONTE ROBY, an individual; JOHANNA APODACA, an individual; KATELYN USTACH, an individual; SYMIRA HARRIS, an individual; FERNANDO CALDERON, an individual; BRANDON PARRA, an individual; CHRISTIAN MURPHY, an individual; JOSE CERVANTES, an individual; BILL HAMMOND, an individual;

        Plaintiffs,

  v.

HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1-50, inclusive,

        Defendants.

**ORDER GRANTING DISMISSAL OF PLAINTIFFS WITH PREJUDICE**

ORDER

The Court having considered the parties' Joint Stipulation for Dismissal of Plaintiffs, Felipe Amaya, John Baker, Gabriela Banuelos, Fernando Calderon, Jose Cervantes, Arturo Conchas, Enrique De La Riva, Claudia Esquivel, Adonis Felix, Cameron Fortune-Morton, Sara Gaves, James Godoy, Gilbert Gomez, Sabrina Gordon, Cody Hansen, Casey Harold, Symiria Harris, Dallas Hovde, Temple Hung, John Hutton, Topanga Jackson, Sean Joyner, Brandalyn Kekic, Hayley Kingaby, Savannah Kolb, Mike Magdaleno, Lucy Munteanu, Brandon Parra, Steven Perez, Ivy Peterson, Alexis Prado, Jasmine Pullman, Lupe Ramirez, Devin Reyes, Donte Roby, Annette Romo, Everett Sena, Chance Smith, Jr., Larry Snider, David Stark, John Vasquez, Conner Ward, Steven Williamson, and Mausa Zamani, and each of their respective individual claims in the present action with prejudice, and for good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

Plaintiffs, Felipe Amaya, John Baker, Gabriela Banuelos, Fernando Calderon, Jose Cervantes, Arturo Conchas, Enrique De La Riva, Claudia Esquivel, Adonis Felix, Cameron Fortune-Morton, Sara Gaves, James Godoy, Gilbert Gomez, Sabrina Gordon, Cody Hansen, Casey Harold, Symiria Harris, Dallas Hovde, Temple Hung, John Hutton, Topanga Jackson, Sean Joyner, Brandalyn Kekic, Hayley Kingaby, Savannah Kolb, Mike Magdaleno, Lucy Munteanu, Brandon Parra, Steven Perez, Ivy Peterson, Alexis Prado, Jasmine Pullman, Lupe Ramirez, Devin Reyes, Donte Roby, Annette Romo, Everett Sena, Chance Smith, Jr., Larry Snider, David Stark, John Vasquez, Connor Ward, Steven Williamson, and Mausa Zamani, and each of their

///
///
///
///

**ORDER GRANTING DISMISSAL OF PLAINTIFFS
WITH PREJUDICE**

respective individual claims in the present action are hereby **DISMISSED** in their entirety with prejudice.

It is further Ordered that each Party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE